UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          Case No. 8:22-cr-433-WFJ-TGW

        Plaintiff,      ☐

        Government    ☒        ☒ Evidentiary
                                    ☐ Trial
                                    ☐ Other

    v.

KIEANNA NICOLE GARRETT

        Defendant     ☐

## **EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Judgment and Sentence from 2023-MM-10020 |