UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:22-cr-433-WFJ-TGW

KIEANNA NICOLE GARRETT

## GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, respectfully submits the following list of witnesses

to be called during the final revocation hearing:

1.      Probation Officer Danielle McCarthy

The United States reserves the right to call additional witnesses during the

final revocation hearing, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:        */s/ Merrilyn Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar Number: 124734
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Merrilyn.Hoenemeyer@usdoj.gov

**U.S. v. GARRETT**                              **Case No. 8:22-cr-433-WFJ-TGW**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Ryan Maguire

<u>*/s/ Merrilyn Hoenemeyer*</u>
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar Number: 124734
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Merrilyn.Hoenemeyer@usdoj.gov

2