**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:**    8:22-cr-433-WFJ-T_W | **DATE:**   August 12, 2026 |
| **HONORABLE WILLIAM F. JUNG** | **INTERPRETER:**  N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**KIENNA NICOLE GARRETT** | **GOVERNMENT COUNSEL**<br>Merrilyn Hoenemeyer, AUSA |
| | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD |
| **COURT REPORTER:** Lainey Fergueson | **DEPUTY CLERK:** Gabriella Lobaina |
| **TIME:** 1:04 PM – 1: 58 PM; 2:03 PM – 2:36 PM<br>**TOTAL:** 1 Hour 27 Minutes | **COURTROOM:**   15B |
| | **PROBATION:**   Danielle McCarthy |

**FINAL REVOCATION re: VOSR PROCEEDINGS:**

Court in session and counsel identified for the record.

Defendant sworn and admitted to violation charge number Two, remained silent as to charge One, and contested as to charge Three as alleged in the petition. Statements made by counsel.

**Government Witness:** Danielle McCarthy, United States Probation Officer (Sworn). Direct examination by Merrilyn Hoenemeyer, AUSA. Cross examination by Ryan Maguire, AFPD. Redirect examination by Merrilyn Hoenemeyer, AUSA.

**Defense Witness**: Kienna Nicole Garrett (Sworn). Direct examination by Ryan Maguire, AFPD. Cross examination by Merrilyn Hoenemeyer, AUSA.  Redirect examination by Ryan Maguire, AFPD.

Statements made by counsel. Defendant made allocation to the Court.

Court finds the Defendant has freely, voluntarily, knowingly and intelligently admitted her guilt to violation charge number Two and was found guilty as to charge numbers One and Three in the petition and adjudicated her guilty of same.

The Defendant's current term of supervised release is revoked, and he is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **SIX (6) MONTHS.**

New term of Supervised Release:  **THIRTY (30) MONTHS**.

While on Supervised Release, the Defendant shall comply with the mandatory and standard conditions adopted by the Court in the Middle District of Florida. In addition, the Defendant shall comply with the following special conditions:

1.  All mandatory and special conditions of supervision previously imposed on 08/14/2023 shall carry over and remain in full force and effect.

2.  You shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.

3.  You shall provide the probation officer access to any requested financial information.

You shall pay restitution in the amount of $45,955.25, less any payments already made, payable to the Clerk, U.S. District Court, for distribution to the victims. Restitution shall be paid jointly and severally with co-defendants. You shall begin making payments as previously ordered by the Court per month, and this payment schedule shall continue unless the victim, the government, or the defendant, notifies the Court of a material change in the defendant's ability to pay and the Court modifies the schedule.

Defendant(s) shall surrender for service of sentence at the institution designated by the Bureau of Prisons on a specific date as directed by the Bureau of Prisons, and as notified by the United States Marshal. The Defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

Defendant advised of right to appeal and of right to counsel on appeal.

Court adjourned.