UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,        Case No. 8:22-cr-433-WFJ-TGW

    Plaintiff, ☐
    Government ☒

☒ Evidentiary
☐ Trial
☐ Other

v.

KIEANNA NICOLE GARRETT

    Defendant ☐

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | 8/12/26 | | Judgment and Sentence from 2023-MM-10020 |
| 2A | | 8/12/26 | | October Bank Statements |
| 2B | | 8/12/26 | | November Bank Statements |