**U.S. District Court**
**Middle District of Florida**
**Tampa Division**

## GOVERNMENT EXHIBIT

**Exhibit No.:_____|_____**

Case No.: 8:22-cr-433-WFJ-TGW

UNITED STATES OF AMERICA

vs.

KIEANNA NICOLE GARRETT

Date Identified:_____

Date Admitted:_____

## MEMO OF SENTENCE / ORDER OF THE COURT
### IN THE CIRCUIT / COUNTY COURT POLK COUNTY, FLORIDA / CRIMINAL DIVISION

DIV: L1 JSEL

DATE: 3/19/2026   BONDSMAN: AB   DEF. LOC:   BI#

**CASE NO.:** 2023MM-010020-A000-LD   **STATE VS.:** GARRETT KIEANNA NICOLE   **FINE / CST**   BD SRTY / CASH

SEQ#   CT.#

M/ P   1 RESIST/OBSTR OFFICER W/OUT VIOLENCE   PSE51132008   500
NO MORE CHARGES FOR THIS CASE ONLY

STATE ATTY WILLIAM PAUL FR   BCR/BEFORE CT/COURT REPORTER/TAPE JUDGE: FLYNN, JOHN B   *Prince for*

| DEFENDANT | PLEA | ADJUDICATION | FINAL DISPOSITION |
|---|---|---|---|
| ☐ Pres w/o Atty | ☑ Not Guilty (P) | ☑ Guilty *at jury trial* | ☐ Acquitted |
| ☑ Pres w/Atty L. Cohen | ☐ Guilty | ☐ Not Guilty | ☐ Dismissed |
| ☐ Counsel Pres | ☐ Nolo Cont | ☐ Withheld | ☐ No Bill / Nolle Prosse  WR/ORAL |
| ☐ Interpreter Pres | ☐ PNG W/D | ☐ Withheld Pending Disposition | ☐ Court Retains Jurisdiction |
| ☐ Deft's Pres Waived | ☐ Waive Counsel | ☐ PD Appointed | |
| ☐ FTA | ☐ Order Approving Waiver of Counsel | | **FINE / CT COST IMPOSED** |
| ☐ Caplas / Warrant Ordered | ☐ Waive Speedy / Jury Trial | | ☑ Cost Order Filed for Costs/Fines/Fees |
| ☐ Bond Set $_____ c/s | ☐ Order of Non-Imprisonment | | ☐ Payment Due Date |
| ☐ Each CT   ☐ Total | ☐ Refer to DIVR | | ☐ Fine/CC to come from cash bond (FS903.286) |
| ☐ Bond $_____ Forfeited | ☐ FTA Disp | | ☑ Refer to Court Payments & Compliance |
| ☐ Bond Changed to $_____ c/s | ☐ License Suspension | | ☐ May Work Hours in Lieu of Fine/CC Cost if qualifies |
| ☐ Bond Discharged / Reinstated | ☐ With Valid D/L | | ☑ Fine, Costs, Fees Reduced to Judgment Lien |
| ☐ Information filed in open court | ☐ Without D/L | | ☐ PD Fee Reduced to Lien |
| ☐ Caplas / Warrant Withdrawn | ☐ Court Ord D/L Susp _____ DYS / MOS / YRS | | ☐ SAO to prepare Restitution Lien |
| PCSO Notified | WARR @ | | |

Defendant Placed on Probation for _____ DYS/MOS/YRS to run CONCUR/CONSEC w/ _____
Conditions of   ☐ Probation*   ☐ PTR   ☐ DR Court Program   ☐ Jail   *Conditions contained on reverse side incorporated into this order by reference*
☐ _____ ACS Hours w/in _____   ☐ May Buy Out Hours   ☐ May / No Early Term after _____
☐ 8 / 12 / 26 Week DV Course / BIP _____   ☐ 6 Week Anger Management Class   ☐ NCTI / AIM / ADAPT Class Enroll w/in _____
☐ Treatment if Recommended by Ord. Eval. _____   ☐ No Weapons/Firearms/Ammo   ☐ DDS/DUI/MOP DUI/Boat Course Enroll w/in _____
☐ No Acts of Violence _____   ☐ No Alcohol/Bars/Lounges   ☐ EVAL: SA / DV / MH Enroll w/in _____
☐ STDT w/in _____   ☐ Ignition Interlock for_____ MOS/YRS   ☐ Vehicle Immobilization / Impound Order for _____ Days
☐ Letter of Apology to _____   ☐ No Contact with _____
☐ Victim Impact Panel enroll w/in _____ DYS   ☐ All Conditions completed w/in_____   ☐ Warrantless Searches/Random Urinalysis by PO or LEO
☐ Restitution $_____ to _____   within _____
☐ Admits / Denies VOP _____   ☐ Term Satisfactory / Unsatisfactory   ☐ VOP Revoked / Restored / Modified
☑ Special Conditions: *motion for judgement of acquittal by defense motion denied*

☐ Continued for:  ☐ ARRG  ☐ DOCK  ☐ DISP  ☐ HEAR  ☐ PRET  ☐ MDOC  ☐ JSEL  ☐ JTRL  ☐ NTRL  ☐ HREV  ☐ COMP  ☐ REVI  ☐ NOTIFY
_____ @ _____ CC: 1 DEFT 1 PA/PD/RC 1 SAO 1 JAIL _____ PROB _____ COLL _____ BD/CB DEP

**COMMITMENT**   ☑ Defendant Remanded into Custody/Parker vs. State No Bond   ☐ Incarceration Costs Assessed $_____ per day (F.S. 960.293)
It is the judgment of the court, and sentence of the law that the above named defendant be confined in the: ☑ Polk County Jail   ☐ Therapeutic Consequence
90 ☑ DAYS / MOS / YRS   CT# 1   TO RUN CONCUR / CONSEC WITH _____
_____ DAYS / MOS / YRS   CT# _____   TO RUN CONCUR / CONSEC WITH *Rule Invoked 8:15am*
_____ DAYS / MOS / YRS   CT# _____   TO RUN CONCUR / CONSEC WITH _____
_____ DAYS / MOS / YRS   CT# _____   TO RUN CONCUR / CONSEC WITH _____
_____ DAYS Suspended Upon Completing _____ DYS Weekend Work Release   ☐ Inmate Work Release Conditions Provided to Defendant
☐ Weekend Work Release to begin _____ at 7:45 AM   ☐ Sat. Only   ☐ Sun. Only   ☐ Weekday   ☐ Written Arrg Speech Provided to Deft.
Turn Self Into Jail on _____ @ _____ AM/PM and _____ days will be suspended.
☑ To Be Given Credit for _____ (ALL) DYS/MOS) Time Served
☐ Defendant To Be Released This Case Only   ☐ PTR   ☐ R.O.R.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED
THE SEAL OF THE CIRCUIT / COUNTY COURT OF THIS DATE

Date 3/19/2026 by _____ D.C.
Stacy M. Butterfield
Clerk of the Circuit Court
Defendant's Signature
Judge

CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

ORIGINAL ( COURT FILE )

### General Rules and Definitions

**"WAIVER OF SPEEDY TRIAL"** means the defendant acknowledged his or her desire to waive the procedural speedy trial rule for a period of _____ days. The Waiver or Speedy Trial executed was hereby confirmed and approved on this date in Open Court.

**"WAIVER OF JURY TRIAL"** means that on this date, the defendant HEREBY ACKNOWLEDGED that he or she had been advised by the Court of his or her constitutional right to a trial by jury. The defendant hereby freely and voluntarily waives right to a trial by jury. **DONE AND ORDERED IN OPEN COURT.**

**"ORDER OF NO IMPRISONMENT"** means the Court, prior to trial in this case hereby files its statement of intention that imprisonment will not be imposed upon the defendant in the event of conviction. **DONE AND ORDERED IN OPEN COURT.**

**"WAIVER OF COUNSEL."** means the defendant hereby acknowledged that he or she had been advised by the Court of his or her constitutional right to be represented by an attorney in this cause; that if he or she is not financially able to employ an attorney the Court will appoint an attorney to represent the defendant without immediate expense to the defendant. Further, the Court has fully advised the defendant of the charge against him or her, the maximum penalty involved, and his or her right to a trial by jury. The defendant desired to unconditionally waive right to counsel. This waiver was made freely, voluntarily, and with full understanding of these rights without any promises or inducements being made of any nature whatsoever. **DONE AND ORDERED IN OPEN COURT.**

**"ORDER APPROVING WAIVER OF COUNSEL"** means the Court having advised the defendant of the right to counsel, including the right to Court-appointed counsel in the event of indigence, and the defendant having executed in open Court a Waiver of Counsel, and the Court being satisfied that the waiver is made freely, voluntarily, intelligently and with full knowledge of its consequence, it is ORDERED AND ADJUDGED that the Waiver of Counsel executed by the defendant is hereby confirmed and approved. **DONE AND ORDERED IN OPEN COURT.**

## IT IS FURTHER ORDERED THAT YOU SHALL COMPLY WITH THE FOLLOWING CONDITIONS OF PROBATION:

(1) You will not change your residence or employment without notifying your Probation Officer.

(2) You will report each month, on an assigned date, as directed by your Probation Officer.

(3) You will not violate the law and will not violate any temporary or permanent Injunction for Protection issued regarding Domestic Violence.

(4) You will not use intoxicants to excess, or use any controlled substance except medication prescribed by a physician.

(5) You will work faithfully at suitable employment.

(6) You will allow your Probation Officer to visit you in your home, your employment site, or elsewhere, and you will comply with all instruction your Officer gives you.

(7) You will pay forty dollars ($40) per month to cover the cost of your supervision.

(8) You will comply with any special conditions of probation as ordered by the court, and cited on the front of this document, within 60 days.

(9) You will successfully complete any community service hours ordered and comply with all rules and scheduling as outlined by your Probation Officer.

10) You will report to the Polk County Probation Office at: _____930 E. Parker Street, Room 292, Lakeland

_____1745 or 1755 US 17 South, Bartow    _____3425 Lake Alfred Road / 6 Gill Jones Plaza, Winter Haven

## IF PLACED ON PROBATION FOR DRIVING UNDER THE INFLUENCE, YOU SHALL COMPLY WITH THE ADDITIONAL CONDITIONS:

(11) You will enroll at Tri-County Addictions Rehabilitation Services, Inc. within 10 working days from the date of the order, or 10 days after release from jail, in the appropriate program DUI Counterattack or Multiple Offender Program and successfully complete the said program within three months if Counterattack, or 6 months if Multiple Offender.

(12) You will successfully complete and pay for any treatment recommended by Tri-County resulting from an evaluation which indicates substance abuse.

(13) You will not drink any alcoholic beverages nor enter any establishment whose primary business is the dispensing of alcoholic beverages.

(14) Operation of any motor vehicle is prohibited until the Florida Department of Highway Safety and Motor Vehicles reinstates your privilege to drive.



CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

tacy M. Butterfield  POLK
FN# 2026067679 OR BK 13926  PG 791 Pgs 0789-0792 03/23/2026 09:23:03 AM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA FC-1

STATE OF FLORIDA, Plaintiff v. _Kieanna Nicole Garrett_____, Defendant

Case Number: _23mm-10020_____    ☐ Violation of Probation

Order of mandatory (M) and discretionary (D) costs/fines/fees **"THIS JUDGMENT IS NOT A LIEN"**

The Defendant is hereby ordered to pay the following fines, costs, restitution and fees for the above referenced case number, for which let execution issue.

| Misdemeanor | | Costs only | Fine / Costs | Fine / Costs | Assault, Stalking or Battery |
|---|---|---|---|---|---|
| Fine [F.S. 775.083(1)] | D | | 50.00 | 100.00 | 100.00 |
| Additional Crimes Comp (5%) [F.S. 938.04] | M | | 2.50 | 5.00 | 5.00 |
| Additional Costs [F.S. 938.185(1)(a)] | M | 65.00 | 65.00 | 65.00 | 65.00 |
| Crime Compensation Fund [F.S. 938.03] | M | 50.00 | 50.00 | 50.00 | 50.00 |
| Crime Stoppers [F.S. 938.06] | M | 20.00 | 20.00 | 20.00 | 20.00 |
| Crimes Prevention Fund [F.S. 775.083(2)] | M | 20.00 | 20.00 | 20.00 | 20.00 |
| Criminal Justice Fund [F.S. 938.05 (1)] | M | 60.00 | 60.00 | 60.00 | 60.00 |
| SAO Fee [F.S. 938.27(8)] - upon conviction | M | 50.00 | 50.00 | 50.00 | 50.00 |
| Teen Court [F.S. 938.19]/Polk County Ord 07-042 | M | 3.00 | 3.00 | 3.00 | 3.00 |
| Domestic Violence Fund [F.S. 938.08] | M | | | | 201.00 |
| Rape Crisis Fund [F.S. 938.085] | M | | | | 151.00 |
| **ADJUDICATION WITHHELD** | | 288.00 | 320.50 | 373.00 | 725.00 |
| Clearing Trust Fund-State Ed. [F.S. 938.01] | M | 3.00 | 3.00 | 3.00 | 3.00 |
| Local Law Enforcement Ed. [F.S. 938.15] | M | 2.00 | 2.00 | 2.00 | 2.00 |
| **GUILTY** | | 273.00 X | 325.50 | 378.00 | 730.00 |
| Alcohol/Drug Assessment [F.S. 938.13] | M | | 15.00 | 15.00 | 15.00 |
| **GUILTY** | | | 340.50 | 393.00 | 745.00 |

$_____ OTHER FINE/COST AMOUNT _____

M _____ $50.00 - Indigence Application Fee [F.S. 27.52(1)(b)]

M _____ $50.00 - Misdemeanor Public Defender/Court Appointed Attorney [F.S. 938.29(1)]

D $_____ Additional Public Defender/Court Appointed Attorney Fee [F.S. 938.29(1)]

D $ _100_ Additional SAO Fees [F.S. 938.27(8)]

$_____ Cost of Supervision _____

D $ _935_ Investigation Costs [F.S. 938.27(7)] payable to _____

D _____ $100.00 - Operating Trust Fund of Law Enforcement FDLE/Drug [Chapters 775-896 Florida Statutes, F.S. 938.055]

D $_____ Witness Fees [F.S. 92.142] for _____ Witnesses @ _____ per Witness

D $_____ Up to fine amount Alcohol and Drug Abuse Treatment and Education Trust Fund [F.S. 938.23 for violations of: Chapter 893 (Drugs), Chapter 562 (Beverage Laws), Chapter 567 (Unlawful Beverage Sale), F.S. 856.011 (Disorderly Intoxication) and F.S. 856.015 (Open House Parties)]

M _____ $5,000.00 - Civil Penalty - Violation of F.S. 796.07(2)(f): [F.S. 796.07(6)=$500: CCA for DCT Programs + $4500: DSFS OMTF]

DONE AND ORDERED in Polk County, Florida on _3/19/26_

JUDGE'S SIGNATURE: _[signature]_

rev 04/25/2016

STATE OF FLORIDA, COUNTY OF POLK
This is to certify that the foregoing is a true and correct copy of the document now of record in this office. Witness my hand and Official Seal on _____
This copy has been reviewed, and if required by law, redacted.
STACY M. BUTTERFIELD, CLERK CIRCUIT COURT
By _[signature]_ D.C.