**U.S. District Court**
**Middle District of Florida**
**Tampa Division**

## GOVERNMENT EXHIBIT

Exhibit No.: _____2A_____

Case No.: 8:22-cr-433-WFJ-TGW

UNITED STATES OF AMERICA

vs.

KIEANNA NICOLE GARRETT

Date Identified:_____

Date Admitted:_____



# Publix Employees Federal Credit Union

PO Box 1000 • Lakeland, FL 33802-1000
(800) 226-6673 • www.pefcu.com

**October 2025**

Activity from 10/01/2025 - 10/31/2025
Member Number: XXXXXX7400
Page 1 of 7

KIEANNA NICOLE GARRETT
1535 N NEW YORK AVE
LAKELAND FL 33805 - 4863





## STATEMENTS SUMMARY

| SUMMARY OF ACCOUNTS | Beginning Balance | Ending Balance |
|---|---|---|
| 00 PRIME SHARE | 5.00 | 5.00 |
| 71 CHECKING | 3.37 | 629.82 |
| **Total Balance** | **8.37** | **634.82** |

## 00 PRIME SHARE

### SUMMARY 10/01/2025 - 10/31/2025

| | | FEES | This Period | Year-To-Date |
|---|---|---|---|---|
| Beginning Balance | 5.00 | Overdraft Fees | 0.00 | 0.00 |
| 0 Total Debits/Checks | 0.00 | Returned Item Fees | 0.00 | 0.00 |
| 0 Total Credits/Deposits | 0.00 | Total Fees for Account | 0.00 | 0.00 |
| Ending Balance | 5.00 | | | |
| Dividends Earned This Period | 0.00 | | | |
| Dividends Earned Year-To-Date | 0.00 | | | |

NO ACCOUNT ACTIVITY FOR PRIME SHARE

## 71 CHECKING

### SUMMARY 10/01/2025 - 10/31/2025

| | | FEES | This Period | Year-To-Date |
|---|---|---|---|---|
| Beginning Balance | 3.37 | Overdraft Fees | 0.00 | 150.00 |
| 73 Total Debits/Checks | -3,787.52 | Returned Item Fees | 150.00 | 300.00 |
| 30 Total Credits/Deposits | 4,413.97 | Total Fees for Account | 150.00 | 450.00 |
| Ending Balance | 629.82 | | | |
| Dividends Earned This Period | 0.00 | | | |
| Dividends Earned Year-To-Date | 0.00 | | | |

### ACCOUNT ACTIVITY FOR CHECKING

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| 10/02/2025 | Deposit ACH TAMPA BAY FISHER | | 576.87 | 580.24 |

# Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| | TYPE: PAYROLL ID: 9111111101 DATA: 4100075043 15 CO: TAMPA BAY FISHER | | | |
| 10/02/2025 | Withdrawal Bill Payment #527543246683<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -106.66 | | 473.58 |
| 10/02/2025 | Withdrawal Bill Payment #527543249644<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -104.98 | | 368.60 |
| 10/02/2025 | Withdrawal Bill Payment #527543256353<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -29.68 | | 338.92 |
| 10/02/2025 | Withdrawal Bill Payment #527543265267<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -40.28 | | 298.64 |
| 10/02/2025 | Withdrawal Debit Card Visa Debit<br>Klarna*TikTok Shop Columbus OH Card 2442 | -8.31 | | 290.33 |
| 10/02/2025 | Withdrawal ACH Tilt fka Empower<br>TYPE: 1000611036 ID: 7811879144 CO: Tilt fka Empower | -105.00 | | 185.33 |
| 10/03/2025 | Withdrawal at ATM #002187<br>PUBLIX 1617 US HIGHWAY 98 LAKELAND FL<br>Card 2442 | -180.00 | | 5.33 |
| 10/03/2025 | Deposit Debit Card<br>CASH APP*KIEANNA GARRET Oakland CA Date 10/03/25<br>04059365276631113311239 4829<br>Card 2442 | | 49.12 | 54.45 |
| 10/03/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*PATRIEKA SMITH Oakland CA Card 2442 | -20.00 | | 34.45 |
| 10/04/2025 | Deposit Debit Card<br>CASH APP*KIEANNA GARRET Oakland CA Date 10/05/25<br>34059365278699030990621 4829<br>Card 2442 | | 5.53 | 39.98 |
| 10/04/2025 | Withdrawal at ATM #527802003429<br>CK029829 1410 N FLORIDA AVE LAKELAND FL<br>Card 2442 | -23.99 | | 15.99 |
| 10/05/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 10/05/25<br>14055235278093049930498 4829<br>Card 2442 | | 19.70 | 35.69 |
| 10/05/2025 | Deposit Debit Card<br>CASH APP*KIEANNA GARRET Oakland CA Date 10/05/25<br>34059365278272687727257 4829<br>Card 2442 | | 34.39 | 70.08 |
| 10/05/2025 | Withdrawal Debit Card Visa Debit<br>CITI TRENDS #117 LAKELAND FL Card 2442 | -17.08 | | 53.00 |
| 10/05/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*KIEANNA GARRET Oakland CA Card 2442 | -15.00 | | 38.00 |
| 10/05/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*KIEANNA GARRET Oakland CA Card 2442 | -20.00 | | 18.00 |
| 10/05/2025 | Deposit Debit Card<br>CASH APP*KIEANNA GARRET Oakland CA Date 10/05/25<br>34059365278717020170598 4829 | | 24.56 | 42.56 |

## Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| | Card 2442 | | | |
| 10/06/2025 | Recurring Withdrawal Debit Card Visa Debit<br>SEZZLE*SEAN*P1 188-85401867 MN Card 2442 | -9.34 | | 33.22 |
| 10/06/2025 | Recurring Withdrawal Debit Card Visa Debit<br>SEZZLE*SEAN*P1 188-85401867 MN Card 2442 | -11.68 | | 21.54 |
| 10/07/2025 | Withdrawal Debit Card Visa Debit<br>APPLE CASH SENT MONEY 1INFINITELOOP CA Card 2442 | -15.00 | | 6.54 |
| 10/08/2025 | Withdrawal Overdrawn ACH<br>In the amount $25.00 CAPITAL ONE | -30.00 | | -23.46 |
| 10/08/2025 | Deposit Kiosk<br>55246913581121 - RTP Payment from Empower | | 100.00 | 76.54 |
| 10/08/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 10/08/25<br>24055235281240018400180 4829<br>Card 2442 | | 22.66 | 99.20 |
| 10/08/2025 | Recurring Withdrawal Debit Card Visa Debit<br>Afterpay 044-4123456 CA Card 2442 | -22.71 | | 76.49 |
| 10/09/2025 | Withdrawal POS #528220627500<br>SUNOCO 0290344100 5565 NEW TAMPA HIGHWAY<br>LAKELAND FL<br>Card 2442 | -14.03 | | 62.46 |
| 10/09/2025 | Withdrawal Debit Card Visa Debit<br>SEZZLE*1rl2g*P4 651-6005587 MN Card 2442 | -62.01 | | 0.45 |
| 10/09/2025 | Deposit ACH TAMPA BAY FISHER<br>TYPE: PAYROLL ID: 9111111103 DATA: 1233303024 15 CO:<br>TAMPA BAY FISHER | | 477.60 | 478.05 |
| 10/09/2025 | Withdrawal Bill Payment #528217754048<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -106.67 | | 371.38 |
| 10/09/2025 | Withdrawal Bill Payment #528217763890<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -46.99 | | 324.39 |
| 10/09/2025 | Withdrawal Bill Payment #528217767036<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -30.01 | | 294.38 |
| 10/09/2025 | Withdrawal Bill Payment #528217761973<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -40.18 | | 254.20 |
| 10/09/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*VONSYL ROUNTRE Oakland CA Card 2442 | -26.00 | | 228.20 |
| 10/10/2025 | Withdrawal at ATM #000000003660<br>PUBLIX EMPLOYEES FCU 3005 NEW TAMPA LAKELAND FL<br>Card 2442 | -60.00 | | 168.20 |
| 10/10/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*DEBRA Oakland CA Card 2442 | -75.00 | | 93.20 |
| 10/10/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*JASMIN FRANKLI Oakland CA Card 2442 | -75.00 | | 18.20 |
| 10/10/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 10/10/25<br>14055235283541754417547 4829<br>Card 2442 | | 49.25 | 67.45 |

# Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| 10/10/2025 | Withdrawal POS #528341373800<br>BP#2762003GIANT # 115 835 W MEMORIAL BLVD LAKELAND FL<br>Card 2442 | -5.35 | | 62.10 |
| 10/11/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 10/11/25<br>24055235284912195121951 4829<br>Card 2442 | | 14.75 | 76.85 |
| 10/11/2025 | Withdrawal POS #528400030744<br>DOLLAR TREE 3179 N ROAD 98 LAKELAND FL<br>Card 2442 | -15.43 | | 61.42 |
| 10/13/2025 | Recurring Withdrawal Debit Card Visa Debit<br>SEZZLE*ANYWHERE 651-6005587 MN Card 2442 | -19.99 | | 41.43 |
| 10/13/2025 | Withdrawal Debit Card Visa Debit<br>DOLLAR-GENERAL # DG 014 LAKELAND FL Card 2442 | -10.00 | | 31.43 |
| 10/14/2025 | Recurring Withdrawal Debit Card Visa Debit<br>TILT FKA EMPOWER TILT.COM ID Card 2442 | -8.00 | | 23.43 |
| 10/15/2025 | Withdrawal Debit Card Visa Debit<br>KRISPY KREME #161 LAKELAND FL Card 2442 | -17.49 | | 5.94 |
| 10/16/2025 | Deposit ACH TAMPA BAY FISHER<br>TYPE: PAYROLL ID: 9111111101 DATA: 4100075043 15 CO:<br>TAMPA BAY FISHER | | 539.84 | 545.78 |
| 10/16/2025 | Withdrawal Bill Payment #528938620570<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -106.67 | | 439.11 |
| 10/16/2025 | Withdrawal Bill Payment #528938624350<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -46.99 | | 392.12 |
| 10/16/2025 | Withdrawal Bill Payment #528938626332<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -40.28 | | 351.84 |
| 10/16/2025 | Withdrawal Debit Card Visa Debit<br>Klarna*TikTok Shop Columbus OH Card 2442 | -8.31 | | 343.53 |
| 10/16/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID4P2 ID: 1854339159 DATA: 15798 CO: Sezzle<br>NAME: Kieanna Garrett | -14.23 | | 329.30 |
| 10/16/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID4P3 ID: 1854339159 DATA: 15798 CO: Sezzle<br>NAME: Kieanna Garrett | -14.23 | | 315.07 |
| 10/16/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID3P2 ID: 1854339159 DATA: 15798 CO: Sezzle<br>NAME: Kieanna Garrett | -126.98 | | 188.09 |
| 10/16/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID3P3 ID: 1854339159 DATA: 15798 CO: Sezzle<br>NAME: Kieanna Garrett | -126.98 | | 61.11 |
| 10/16/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*DEBRA Oakland CA Card 2442 | -25.00 | | 36.11 |
| 10/16/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*JASMIN FRANKLI Oakland CA Card 2442 | -25.00 | | 11.11 |
| 10/17/2025 | Deposit Debit Card | | 49.25 | 60.36 |

# Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| | APPLE CASH INST XFER CUPERTINO CA Date 10/17/25 14055235290880914809143 4829 Card 2442 | | | |
| 10/17/2025 | Withdrawal Debit Card Visa Debit CIRCLE K # 09829 LAKELAND FL Card 2442 | -45.00 | | 15.36 |
| 10/17/2025 | Withdrawal Debit Card Visa Debit CASH APP*ELLIE MCGARY Oakland CA Card 2442 | -10.00 | | 5.36 |
| 10/20/2025 | Withdrawal Overdrawn ACH In the amount $6.00 Subscription | -30.00 | | -24.64 |
| 10/20/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 10/20/25 34059365293521175212159 4829 Card 2442 | | 73.04 | 48.40 |
| 10/20/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 10/20/25 34059365293570113701539 4829 Card 2442 | | 54.04 | 102.44 |
| 10/21/2025 | Withdrawal Overdrawn ACH In the amount $9.34 Sezzle | -30.00 | | 72.44 |
| 10/21/2025 | Withdrawal Overdrawn ACH In the amount $11.68 Sezzle | -30.00 | | 42.44 |
| 10/21/2025 | Recurring Withdrawal Debit Card Visa Debit SEZZLE*SEAN*P1 188-85401867 MN Card 2442 | -98.23 | | -55.79 |
| 10/21/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 10/21/25 44059365294171828718789 4829 Card 2442 | | 49.12 | -6.67 |
| 10/21/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 10/22/25 04059365295170817708202 4829 Card 2442 | | 98.25 | 91.58 |
| 10/21/2025 | Deposit Debit Card APPLE CASH INST XFER CUPERTINO CA Date 10/21/25 04055235295478471784710 4829 Card 2442 | | 41.37 | 132.95 |
| 10/21/2025 | Withdrawal POS #521006 PUBLIX 2300 GRIFFIN RD LAKELAND FL Card 2442 | -44.99 | | 87.96 |
| 10/22/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 10/22/25 04059365295471390714009 4829 Card 2442 | | 196.50 | 284.46 |
| 10/22/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 10/22/25 04059365295850931509419 4829 Card 2442 | | 49.12 | 333.58 |
| 10/23/2025 | Withdrawal ACH Sezzle TYPE: SeAn ID5P2 ID: 1854339159 DATA: 15850 CO: Sezzle NAME: Kieanna Garrett | -16.29 | | 317.29 |
| 10/23/2025 | Withdrawal ACH Sezzle | -18.63 | | 298.66 |



**Publix Employees Federal Credit Union**

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
|  | TYPE: SeAn ID6P2 ID: 1854339159 DATA: 15850 CO: Sezzle NAME: Kieanna Garrett |  |  |  |
| 10/23/2025 | Deposit ACH TAMPA BAY FISHER TYPE: PAYROLL ID: 9111111103 DATA: 1233303024 15 CO: TAMPA BAY FISHER |  | 549.35 | 848.01 |
| 10/23/2025 | Withdrawal at ATM #00001124 PNC BANK 7408 E HILBOROUGH TAMPA FL Card 2442 | -70.00 |  | 778.01 |
| 10/23/2025 | Withdrawal ATM Inq Fee INQ EVI* SEMINOLE HR TAMPA 5223 ORIENT RD TAMPA FL Card 2442 | -0.50 |  | 777.51 |
| 10/23/2025 | Withdrawal at ATM #529600003968 EVI* SEMINOLE HR TAMPA 5223 ORIENT RD TAMPA FL Card 2442 | -148.95 |  | 628.56 |
| 10/23/2025 | Withdrawal at ATM #529600002375 EVI* SEMINOLE HR TAMPA 5223 ORIENT RD TAMPA FL Card 2442 | -128.95 |  | 499.61 |
| 10/23/2025 | Withdrawal Bill Payment #529620876706 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -106.66 |  | 392.95 |
| 10/23/2025 | Withdrawal Bill Payment #529620872017 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -69.30 |  | 323.65 |
| 10/23/2025 | Withdrawal Bill Payment #529620891447 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -46.99 |  | 276.66 |
| 10/23/2025 | Withdrawal Bill Payment #529620881852 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -40.28 |  | 236.38 |
| 10/24/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 10/24/25 34059365297156588566234 4829 Card 2442 |  | 2.44 | 238.82 |
| 10/24/2025 | Deposit Debit Card APPLE CASH INST XFER CUPERTINO CA Date 10/24/25 24055235297211169111690 4829 Card 2442 |  | 364.45 | 603.27 |
| 10/24/2025 | Withdrawal POS #511030 PUBLIX 5185 US HIGHWAY 98 LAKELAND FL Card 2442 | -360.00 |  | 243.27 |
| 10/24/2025 | Withdrawal Debit Card Visa Debit CASH APP*JASMIN FRANKLI Oakland CA Card 2442 | -185.00 |  | 58.27 |
| 10/25/2025 | Withdrawal Debit Card Visa Debit SEMINOLE HR HOTEL TPA TAMPA FL Card 2442 | -53.32 |  | 4.95 |
| 10/25/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 10/26/25 04059365299689750897510 4829 Card 2442 |  | 28.50 | 33.45 |
| 10/25/2025 | Deposit Debit Card APPLE CASH INST XFER CUPERTINO CA Date 10/25/25 04055235299928264282640 4829 |  | 13.25 | 46.70 |

# Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| | Card 2442 | | | |
| 10/26/2025 | Recurring Withdrawal Debit Card Visa Debit APPLE.COM/BILL 866-712-7753 CA Card 2442 | -2.99 | | 43.71 |
| 10/27/2025 | Deposit at ATM #000000004980 PUBLIX EMPLOYEES FCU 3005 NEW TAMPA LAKELAND FL Card 2442 | | 70.00 | 113.71 |
| 10/27/2025 | Withdrawal Bill Payment #530006758434 TMOBILE POSTPAID PDA BELLEVUE WA Card 2442 | -49.00 | | 64.71 |
| 10/29/2025 | Withdrawal Debit Card Visa Debit KLARNA* MICHAEL KORS KLARNA.COM OH Card 2442 | -47.61 | | 17.10 |
| 10/29/2025 | Recurring Withdrawal Bill Payment #530224106231 NETFLIX.COM NETFLIX.COM CA Card 2442 | -9.15 | | 7.95 |
| 10/30/2025 | Deposit ACH TAMPA BAY FISHER TYPE: PAYROLL ID: 9111111103 DATA: 1233303024 15 CO: TAMPA BAY FISHER | | 375.71 | 383.66 |
| 10/30/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 10/30/25 4405936530360922509275 94829 Card 2442 | | 183.69 | 567.35 |
| 10/30/2025 | Withdrawal Debit Card Visa Debit Klarna*TikTok Shop Columbus OH Card 2442 | -8.31 | | 559.04 |
| 10/30/2025 | Withdrawal Bill Payment #530348892174 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -69.65 | | 489.39 |
| 10/30/2025 | Withdrawal Bill Payment #530348874054 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -43.93 | | 445.46 |
| 10/30/2025 | Withdrawal Bill Payment #530348884583 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -46.99 | | 398.47 |
| 10/30/2025 | Withdrawal Bill Payment #530348889685 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -40.27 | | 358.20 |
| 10/31/2025 | Withdrawal Overdrawn ACH In the amount $648.13 GM Financial | -30.00 | | 328.20 |
| 10/31/2025 | Deposit Debit Card APPLE CASH INST XFER CUPERTINO CA Date 10/31/25 1405523530408937389373 94829 Card 2442 | | 221.62 | 549.82 |
| 10/31/2025 | Deposit Debit Card HARD ROCK BET 5701 Stir DAVIE FL Date 11/01/25 0425365530542149721497 07801 Card 2442 | | 80.00 | 629.82 |

_Deposit_