**U.S. District Court**
**Middle District of Florida**
**Tampa Division**

## GOVERNMENT EXHIBIT

Exhibit No.: 2B

Case No.: 8:22-cr-433-WFJ-TGW

UNITED STATES OF AMERICA

vs.

KIEANNA NICOLE GARRETT

Date Identified:_____

Date Admitted:_____



# Publix Employees Federal Credit Union

PO Box 1000 • Lakeland, FL 33802-1000
(800) 226-6673 • www.pefcu.com

**November 2025**

Activity from 11/01/2025 - 11/30/2025
Member Number: XXXXXX7400
Page 1 of 8

KIEANNA NICOLE GARRETT
1535 N NEW YORK AVE
LAKELAND FL 33805 - 4863



NCUA

## STATEMENTS SUMMARY

| | Beginning Balance | Ending Balance |
|---|---|---|
| **SUMMARY OF ACCOUNTS** | | |
| 00 PRIME SHARE | 5.00 | 5.00 |
| 71 CHECKING | 629.82 | 7.01 |
| **Total Balance** | **634.82** | **12.01** |

## 00 PRIME SHARE

### SUMMARY 11/01/2025 - 11/30/2025

| | | FEES | This Period | Year-To-Date |
|---|---|---|---|---|
| Beginning Balance | 5.00 | Overdraft Fees | 0.00 | 0.00 |
| 0 Total Debits/Checks | 0.00 | Returned Item Fees | 0.00 | 0.00 |
| 0 Total Credits/Deposits | 0.00 | Total Fees for Account | 0.00 | 0.00 |
| Ending Balance | 5.00 | | | |
| Dividends Earned This Period | 0.00 | | | |
| Dividends Earned Year-To-Date | 0.00 | | | |

NO ACCOUNT ACTIVITY FOR PRIME SHARE

## 71 CHECKING

### SUMMARY 11/01/2025 - 11/30/2025

| | | FEES | This Period | Year-To-Date |
|---|---|---|---|---|
| Beginning Balance | 629.82 | Overdraft Fees | 0.00 | 150.00 |
| 101 Total Debits/Checks | -5,558.45 | Returned Item Fees | 60.00 | 360.00 |
| 23 Total Credits/Deposits | 4,935.64 | Total Fees for Account | 60.00 | 510.00 |
| Ending Balance | 7.01 | | | |
| Dividends Earned This Period | 0.00 | | | |
| Dividends Earned Year-To-Date | 0.00 | | | |

### ACCOUNT ACTIVITY FOR CHECKING

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| 11/01/2025 | Withdrawal Debit Card Visa Debit APPLE CASH BALANCE ADD 1INFINITELOOP CA Card 2442 | -355.00 | | 274.82 |

## Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| 11/01/2025 | Recurring Withdrawal Debit Card Visa Debit<br>SEZZLE*SEAN*P1 188-85401867 MN Card 2442 | -55.73 | | 219.09 |
| 11/01/2025 | Withdrawal Debit Card Visa Debit<br>HARD ROCK BET DAVIE FL Card 2442 | -12.00 | | 207.09 |
| 11/01/2025 | Withdrawal Debit Card Visa Debit<br>HARD ROCK BET DAVIE FL Card 2442 | -18.00 | | 189.09 |
| 11/01/2025 | Withdrawal Debit Card Visa Debit<br>HARD ROCK BET DAVIE FL Card 2442 | -15.00 | | 174.09 |
| 11/01/2025 | Withdrawal Debit Card Visa Debit<br>HARD ROCK BET DAVIE FL Card 2442 | -20.00 | | 154.09 |
| 11/01/2025 | Withdrawal Debit Card Visa Debit<br>HARD ROCK BET DAVIE FL Card 2442 | -20.00 | | 134.09 |
| 11/01/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 11/01/25<br>14055235305980483804838 4829<br> Card 2442 | | 98.50 | 232.59 |
| 11/01/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 11/01/25<br>14055235305089951899519 4829<br> Card 2442 | | 137.90 | 370.49 |
| 11/01/2025 | Withdrawal POS #530500034020<br>DOLLAR TREE 1625 BARTOW RD LAKELAND FL<br> Card 2442 | -75.88 | | 294.61 |
| 11/01/2025 | Withdrawal POS #516231<br>PUBLIX 1617 US HIGHWAY 98 LAKELAND FL<br> Card 2442 | -0.99 | | 293.62 |
| 11/01/2025 | Withdrawal Debit Card Visa Debit<br>CIRCLE K 00279 LAKELAND FL Card 2442 | -15.01 | | 278.61 |
| 11/01/2025 | Recurring Withdrawal Debit Card Visa Debit<br>ZIP* APP PAY LATER 188-82743159 NY Card 2442 | -92.75 | | 185.86 |
| 11/01/2025 | Recurring Withdrawal Debit Card Visa Debit<br>ZIP* APP PAY LATER 188-82743159 NY Card 2442 | -61.50 | | 124.36 |
| 11/02/2025 | Withdrawal Debit Card Visa Debit<br>APPLE CASH BALANCE ADD 1INFINITELOOP CA Card 2442 | -25.00 | | 99.36 |
| 11/02/2025 | Withdrawal Debit Card Visa Debit<br>HARD ROCK BET DAVIE FL Card 2442 | -15.00 | | 84.36 |
| 11/02/2025 | Withdrawal Debit Card Visa Debit<br>HARD ROCK BET DAVIE FL Card 2442 | -15.00 | | 69.36 |
| 11/02/2025 | Withdrawal POS #530600036889<br>FAMILY DOLLAR 1321 KATHLEEN RD LAKELAND FL<br> Card 2442 | -28.94 | | 40.42 |
| 11/03/2025 | Withdrawal Debit Card Visa Debit<br>CIRCLE K # 09829 LAKELAND FL Card 2442 | -6.19 | | 34.23 |
| 11/03/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID5P3 ID: 1854339159 DATA: 15923 CO: Sezzle<br>NAME: Kieanna Garrett | -9.34 | | 24.89 |
| 11/03/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID6P3 ID: 1854339159 DATA: 15923 CO: Sezzle<br>NAME: Kieanna Garrett | -11.68 | | 13.21 |
| 11/03/2025 | Withdrawal Overdrawn ACH | -30.00 | | -16.79 |

## Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| | In the amount $21.76 Sezzle | | | |
| 11/03/2025 | Deposit by Check<br>Check Received 230.00 Check Received 350.00 Check Received 215.00 | | 795.00 | 778.21 |
| 11/03/2025 | Withdrawal | -645.00 | | 133.21 |
| 11/03/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 11/03/25<br>24055235307262254622542 4829<br>Card 2442 | | 19.70 | 152.91 |
| 11/03/2025 | Withdrawal POS #530794667348<br>WAL WAL-MART #1245 452187 5800 US HIGHWAY 98 N<br>LAKELAND FL<br>Card 2442 | -17.06 | | 135.85 |
| 11/03/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*ELLIE MCGARY Oakland CA Card 2442 | -30.00 | | 105.85 |
| 11/04/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 11/04/25<br>14055235308890670906708 4829<br>Card 2442 | | 39.40 | 145.25 |
| 11/04/2025 | Deposit Debit Card<br>CASH APP*KIEANNA GARRET Oakland CA Date 11/04/25<br>34059365308283398834367 4829<br>Card 2442 | | 9.76 | 155.01 |
| 11/04/2025 | Withdrawal Debit Card Visa Debit<br>CIRCLE K # 09829 LAKELAND FL Card 2442 | -20.00 | | 135.01 |
| 11/04/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*985ZAYY Oakland CA Card 2442 | -5.00 | | 130.01 |
| 11/04/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*985ZAYY Oakland CA Card 2442 | -1.25 | | 128.76 |
| 11/05/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID4P4 ID: 1854339159 DATA: 15944 CO: Sezzle<br>NAME: Kieanna Garrett | -21.76 | | 107.00 |
| 11/05/2025 | Withdrawal POS #530900324978<br>SUPER CHOICE FOO LAKELAND FL<br>Card 2442 | -10.65 | | 96.35 |
| 11/06/2025 | Withdrawal ACH 755848573 ADD<br>TYPE: 8773096576 ID: 0000100502 DATA: 2643276764128<br>CO: 755848573 ADD | -45.00 | | 51.35 |
| 11/06/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 11/06/25<br>24055235310229708297080 4829<br>Card 2442 | | 137.90 | 189.25 |
| 11/06/2025 | Deposit ACH TAMPA BAY FISHER<br>TYPE: PAYROLL ID: 9111111103 DATA: 1233303024 15 CO:<br>TAMPA BAY FISHER | | 470.36 | 659.61 |
| 11/06/2025 | Withdrawal Bill Payment #531016477682<br>TMOBILE POSTPAID TEL BELLEVUE WA<br>Card 2442 | -47.31 | | 612.30 |
| 11/06/2025 | Withdrawal Bill Payment #531010623312<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -191.94 | | 420.36 |

# Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| 11/06/2025 | Withdrawal Bill Payment #531010614664<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -69.49 | | 350.87 |
| 11/06/2025 | Withdrawal Bill Payment #531010614757<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -43.93 | | 306.94 |
| 11/06/2025 | Withdrawal Bill Payment #531010626525<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -46.99 | | 259.95 |
| 11/06/2025 | Withdrawal Bill Payment #531010623876<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -33.48 | | 226.47 |
| 11/06/2025 | Withdrawal Debit Card Visa Debit<br>Klarna Klarna 151-7426184 DE Card 2442 | -70.88 | | 155.59 |
| 11/07/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID5P4 ID: 1854339159 DATA: 15964 CO: Sezzle<br>NAME: Kieanna Garrett | -9.36 | | 146.23 |
| 11/07/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID6P4 ID: 1854339159 DATA: 15964 CO: Sezzle<br>NAME: Kieanna Garrett | -11.71 | | 134.52 |
| 11/07/2025 | Withdrawal ACH Sezzle<br>TYPE: SeAn ID8P2 ID: 1854339159 DATA: 15964 CO: Sezzle<br>NAME: Kieanna Garrett | -98.23 | | 36.29 |
| 11/07/2025 | Deposit Debit Card<br>CASH APP*KIEANNA GARRET Oakland CA Date 11/07/25<br>24059365311753492535185 4829<br>Card 2442 | | 432.30 | 468.59 |
| 11/07/2025 | Withdrawal at ATM #000000006105<br>PUBLIX EMPLOYEES FCU 3005 NEW TAMPA LAKELAND FL<br>Card 2442 | -140.00 | | 328.59 |
| 11/08/2025 | Withdrawal at ATM #531221006706<br>CK029829 1410 N FLORIDA AVE LAKELAND FL<br>Card 2442 | -123.99 | | 204.60 |
| 11/09/2025 | Withdrawal Debit Card Visa Debit<br>APPLE CASH SENT MONEY 1INFINITELOOP CA Card 2442 | -40.00 | | 164.60 |
| 11/09/2025 | Withdrawal Debit Card Visa Debit<br>APPLE CASH SENT MONEY 1INFINITELOOP CA Card 2442 | -40.00 | | 124.60 |
| 11/09/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*JASMIN FRANKLI Oakland CA Card 2442 | -15.00 | | 109.60 |
| 11/09/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*985ZAYY Oakland CA Card 2442 | -10.00 | | 99.60 |
| 11/10/2025 | Withdrawal Debit Card Visa Debit<br>APPLE CASH SENT MONEY 1INFINITELOOP CA Card 2442 | -20.00 | | 79.60 |
| 11/10/2025 | Withdrawal ACH CAPITAL ONE<br>TYPE: CRCARDPMT ID: 9541719318 CO: CAPITAL ONE NAME:<br>Kieanna Garrett | -63.00 | | 16.60 |
| 11/11/2025 | Withdrawal Debit Card Visa Debit<br>CIRCLE K # 09829 LAKELAND FL Card 2442 | -16.00 | | 0.60 |
| 11/12/2025 | Deposit by Check<br>Check Received 52.54 | | 0.54 | 1.14 |
| 11/13/2025 | Deposit ACH TAMPA BAY FISHER | | 503.97 | 505.11 |

# Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| | TYPE: PAYROLL ID: 9111111103 DATA: 1233303024 15 CO: TAMPA BAY FISHER | | | |
| 11/13/2025 | Withdrawal Bill Payment #531737468334 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -69.65 | | 435.46 |
| 11/13/2025 | Withdrawal Bill Payment #531737477190 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -43.93 | | 391.53 |
| 11/13/2025 | Withdrawal Bill Payment #531737459013 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -46.99 | | 344.54 |
| 11/13/2025 | Withdrawal Bill Payment #531737472522 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -33.31 | | 311.23 |
| 11/13/2025 | Withdrawal Bill Payment #531737475430 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -78.84 | | 232.39 |
| 11/14/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 11/14/25 44059365318876144761872 4829 Card 2442 | | 147.38 | 379.77 |
| 11/14/2025 | Withdrawal ACH Sezzle TYPE: SeAn ID9P2 ID: 1854339159 DATA: 16016 CO: Sezzle NAME: Kieanna Garrett | -55.73 | | 324.04 |
| 11/14/2025 | Withdrawal ACH Sezzle TYPE: SeAn ID3P4 ID: 1854339159 DATA: 16016 CO: Sezzle NAME: Kieanna Garrett | -134.51 | | 189.53 |
| 11/14/2025 | Deposit Debit Card APPLE CASH INST XFER CUPERTINO CA Date 11/14/25 14055235318590808908081 4829 Card 2442 | | 39.40 | 228.93 |
| 11/14/2025 | Withdrawal POS #531800002101 O'HARE -n01 1000 O'HARE DR CHICAGO IL Card 2442 | -15.00 | | 213.93 |
| 11/14/2025 | Deposit Debit Card CASH APP*KIEANNA GARRET Oakland CA Date 11/14/25 44059365318234394344416 4829 Card 2442 | | 92.78 | 306.71 |
| 11/14/2025 | Recurring Withdrawal Debit Card Visa Debit SEZZLE*ANYWHERE 651-6005587 MN Card 2442 | -19.99 | | 286.72 |
| 11/14/2025 | Withdrawal POS #531800188689 CVS/PHARMACY #04061 04061--520 S. State Str Chicago IL Card 2442 | -2.29 | | 284.43 |
| 11/14/2025 | Recurring Withdrawal Debit Card Visa Debit ZIP* APP PAY LATER 188-82743159 NY Card 2442 | -92.75 | | 191.68 |
| 11/14/2025 | Recurring Withdrawal Debit Card Visa Debit ZIP* APP PAY LATER 188-82743159 NY Card 2442 | -61.50 | | 130.18 |
| 11/14/2025 | Recurring Withdrawal Debit Card Visa Debit TILT FKA EMPOWER TILT.COM ID Card 2442 | -8.00 | | 122.18 |
| 11/15/2025 | Withdrawal Debit Card Visa Debit NAARPR.ORG NAARPR.ORG FL Card 2442 | -15.00 | | 107.18 |

# Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| 11/15/2025 | Withdrawal Debit Card Visa Debit<br>TST*THAI SPOON & SUSHI Chicago IL Card 2442 | -19.94 | | 87.24 |
| 11/15/2025 | Withdrawal Debit Card Visa Debit<br>AMERICAN AI 00102785098 TAMPA FL Card 2442 | -40.00 | | 47.24 |
| 11/16/2025 | Withdrawal Debit Card Visa Debit<br>UNCLE BEN'S GRILL CHICAGO IL Card 2442 | -10.80 | | 36.44 |
| 11/16/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 11/16/25<br>04055235321840251402513 4829<br>Card 2442 | | 9.75 | 46.19 |
| 11/17/2025 | Withdrawal Debit Card Visa Debit<br>FSP*A-1 EXPRESS AIRPORT TAMPA FL Card 2442 | -39.66 | | 6.53 |
| 11/20/2025 | Deposit Debit Card<br>APPLE CASH INST XFER CUPERTINO CA Date 11/20/25<br>14055235324735762357623 4829<br>Card 2442 | | 295.50 | 302.03 |
| 11/20/2025 | Withdrawal Faster Payments<br>ZEL* Merilan Ezechiel JPG0I8LQSPC2 | -100.00 | | 202.03 |
| 11/20/2025 | Deposit ACH TAMPA BAY FISHER<br>TYPE: PAYROLL ID: 9111111103 DATA: 1233303024 15 CO:<br>TAMPA BAY FISHER | | 357.22 | 559.25 |
| 11/21/2025 | Withdrawal Bill Payment #532516654550<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -69.65 | | 489.60 |
| 11/21/2025 | Withdrawal Bill Payment #532516664258<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -43.93 | | 445.67 |
| 11/21/2025 | Withdrawal Bill Payment #532516670224<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -33.47 | | 412.20 |
| 11/21/2025 | Withdrawal Bill Payment #532516671374<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -45.98 | | 366.22 |
| 11/21/2025 | Withdrawal Bill Payment #532516661805<br>CASH APP*KIEANNA GARRET cash.app CA<br>Card 2442 | -78.83 | | 287.39 |
| 11/21/2025 | Deposit Debit Card<br>CASH APP*KIEANNA GARRET Oakland CA Date 11/21/25<br>24059365325519134191561 4829<br>Card 2442 | | 248.46 | 535.85 |
| 11/21/2025 | Deposit at ATM #000000007284<br>PUBLIX EMPLOYEES FCU 3005 NEW TAMPA LAKELAND FL<br>Card 2442 | | 160.00 | 695.85 |
| 11/21/2025 | Recurring Withdrawal Debit Card Visa Debit<br>ZIP* APP PAY LATER 188-82743159 NY Card 2442 | -226.05 | | 469.80 |
| 11/21/2025 | Withdrawal Debit Card Visa Debit<br>KLARNA* KLARNA KLARNA.COM OH Card 2442 | -99.48 | | 370.32 |
| 11/21/2025 | Withdrawal Debit Card Visa Debit<br>CASH APP*ELLIE MCGARY Oakland CA Card 2442 | -40.00 | | 330.32 |
| 11/22/2025 | Withdrawal POS #532609692300 | -40.00 | | 290.32 |

## Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| | SUNOCO 0290344100 5565 NEW TAMPA HIGHWAY LAKELAND FL Card 2442 | | | |
| 11/23/2025 | Withdrawal Debit Card Visa Debit Klarna Lakeland Elec 151-7426184 DE Card 2442 | -70.87 | | 219.45 |
| 11/23/2025 | Withdrawal Debit Card Visa Debit Klarna*MICHAEL KORS Columbus OH Card 2442 | -47.61 | | 171.84 |
| 11/24/2025 | Deposit Debit Card APPLE CASH INST XFER CUPERTINO CA Date 11/24/25 14055235328101215012151 4829 Card 2442 | | 14.75 | 186.59 |
| 11/25/2025 | Withdrawal Debit Card Visa Debit APPLE CASH SENT MONEY 1INFINITELOOP CA Card 2442 | -15.00 | | 171.59 |
| 11/26/2025 | Recurring Withdrawal Debit Card Visa Debit APPLE.COM/BILL 866-712-7753 CA Card 2442 | -2.99 | | 168.60 |
| 11/26/2025 | Withdrawal Debit Card Visa Debit APPLE CASH SENT MONEY 1INFINITELOOP CA Card 2442 | -20.00 | | 148.60 |
| 11/26/2025 | Deposit ACH TAMPA BAY FISHER TYPE: PAYROLL ID: 9111111103 DATA: 1233303024 15 CO: TAMPA BAY FISHER | | 510.18 | 658.78 |
| 11/26/2025 | Withdrawal Bill Payment #533027000971 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -69.64 | | 589.14 |
| 11/26/2025 | Withdrawal Bill Payment #533027010695 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -43.47 | | 545.67 |
| 11/26/2025 | Withdrawal Bill Payment #533027016172 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -33.48 | | 512.19 |
| 11/26/2025 | Withdrawal Bill Payment #533027008627 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -45.31 | | 466.88 |
| 11/26/2025 | Withdrawal Bill Payment #533027016302 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -45.98 | | 420.90 |
| 11/26/2025 | Withdrawal Bill Payment #533027004993 CASH APP*KIEANNA GARRET cash.app CA Card 2442 | -78.83 | | 342.07 |
| 11/26/2025 | Withdrawal ACH Sezzle TYPE: SeAn ID9P3 ID: 1854339159 DATA: 16103 CO: Sezzle NAME: Kieanna Garrett | -55.73 | | 286.34 |
| 11/26/2025 | Withdrawal ACH Sezzle TYPE: SeAn ID8P3 ID: 1854339159 DATA: 16103 CO: Sezzle NAME: Kieanna Garrett | -105.73 | | 180.61 |
| 11/27/2025 | Recurring Withdrawal Debit Card Visa Debit AFTERPAY 185-52896014 CA Card 2442 | -7.25 | | 173.36 |
| 11/28/2025 | Withdrawal ACH Zip*App PayLater TYPE: PAYMENT ID: VA19338001 CO: Zip*App PayLater NAME: Kieanna Garrett | -61.50 | | 111.86 |
| 11/28/2025 | Withdrawal Overdrawn ACH In the amount $92.75 Zip*App PayLater | -30.00 | | 81.86 |

## Publix Employees Federal Credit Union

## 71 CHECKING (continued)

### ACCOUNT ACTIVITY FOR CHECKING (continued)

| Date Posted | Description | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|
| 11/28/2025 | Deposit Debit Card<br>CASH APP*KIEANNA GARRET Oakland CA Date 11/28/25<br>04059365332794258942590 4829<br>Card 2442 | | 289.89 | 371.75 |
| 11/28/2025 | Recurring Withdrawal Bill Payment #533223244312<br>Netflix.com netflix.com CA<br>Card 2442 | -9.15 | | 362.60 |
| 11/28/2025 | Deposit by Check<br>Check Received 125.00 | | 125.00 | 487.60 |
| 11/28/2025 | Withdrawal | -125.00 | | 362.60 |
| 11/29/2025 | Withdrawal Debit Card Visa Debit<br>T-MOBILE WEB PAYMENT 877-453-1304 WA Card 2442 | -143.86 | | 218.74 |
| 11/29/2025 | Withdrawal Debit Card Visa Debit<br>APPLE CASH SENT MONEY 1INFINITELOOP CA Card 2442 | -25.00 | | 193.74 |
| 11/29/2025 | Recurring Withdrawal Debit Card Visa Debit<br>AFTERPAY 185-52896014 CA Card 2442 | -9.25 | | 184.49 |
| 11/29/2025 | Withdrawal at ATM #533320008428<br>CK029829 1410 N FLORIDA AVE LAKELAND FL<br>Card 2442 | -63.99 | | 120.50 |
| 11/30/2025 | Withdrawal Debit Card Visa Debit<br>APPLE CASH SENT MONEY 1INFINITELOOP CA Card 2442 | -60.00 | | 60.50 |
| 11/30/2025 | Withdrawal Debit Card Visa Debit<br>APPLE CASH SENT MONEY 1INFINITELOOP CA Card 2442 | -50.00 | | 10.50 |
| 11/30/2025 | Withdrawal Debit Card Visa Debit<br>Klarna*Klarna Plus Columbus OH Card 2442 | -3.49 | | 7.01 |