# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,             Case No. 8:22-cr-433-WFJ-TGW

      Plaintiff,          ☐

      Government       ☐        ☒ Evidentiary

                                              ☐ Trial

                                              ☐ Other

v.

KIEANNA NICOLE GARRETT

      Defendant          ☒

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | 8/12/26 | | Restitution payments |
| 2 | | 8/12/26 | | Video |