USA V. GARRETT
DFLM822CR000433 KIEANNA NICOLE GARRETT
Party Code: FLM6397
Comments:

Report Generated on: 8/12/2026:08:38AM
Last Updated: 8/11/2026

## Summary of Criminal Debts

| Debt Type | Case Number | Imposed | Collected | Outstanding |
|---|---|---|---|---|
| FEDERAL RESTITUTION with Interest | DFLM822CR000433001 | $45,955.25 | $2,791.72 | $43,163.53 |
| SPECIAL PENALTY ASSESSMENT | DFLM822CR000433001 | $100.00 | $100.00 | $0.00 |
| Totals | | $46,055.25 | $2,891.72 | $43,163.53 |

## Detailed Records: Individual Payment History

| Date | Penalty Type | Case Number | Receipt | Paid |
|---|---|---|---|---|
| 8/6/2026 | FEDERAL RESTITUTION | DFLM822CR000433001 | P080626DFLM822CR00043300112 | $200.00 |
| 2/28/2026 | FEDERAL RESTITUTION | DFLM822CR000433001 | P022826DFLM822CR00043300146 | $100.00 |
| 1/30/2026 | FEDERAL RESTITUTION | DFLM822CR000433001 | P013026DFLM822CR00043300121 | $100.00 |
| 9/5/2025 | FEDERAL RESTITUTION | DFLM822CR000433001 | P090525DFLM822CR00043300126 | $150.00 |
| 6/3/2025 | FEDERAL RESTITUTION | DFLM822CR000433001 | P060325DFLM822CR00043300121 | $100.00 |
| 5/3/2025 | FEDERAL RESTITUTION | DFLM822CR000433001 | P050325DFLM822CR000433001135 | $100.00 |
| 4/1/2025 | FEDERAL RESTITUTION | DFLM822CR000433001 | P040125DFLM822CR00043300184 | $100.00 |
| 3/2/2025 | FEDERAL RESTITUTION | DFLM822CR000433001 | P030225DFLM822CR00043300182 | $100.00 |
| 2/2/2025 | FEDERAL RESTITUTION | DFLM822CR000433001 | P020225DFLM822CR00043300171 | $100.00 |
| 1/1/2025 | FEDERAL RESTITUTION | DFLM822CR000433001 | P010125DFLM822CR00043300147 | $100.00 |
| 12/1/2024 | FEDERAL RESTITUTION | DFLM822CR000433001 | P120124DFLM822CR00043300175 | $100.00 |
| 11/1/2024 | FEDERAL RESTITUTION | DFLM822CR000433001 | P110124DFLM822CR00043300180 | $100.00 |
| 3/27/2024 | FEDERAL RESTITUTION TOP | DFLM822CR000433001 | T032724DFLM822CR00043300123 | $1,341.72 |
| 1/1/2024 | FEDERAL RESTITUTION | DFLM822CR000433001 | P010124DFLM822CR00043300126 | $100.00 |
| 12/7/2023 | SPECIAL PENALTY ASSESSMENT | DFLM822CR000433001 | P120723DFLM822CR0004330013 | $100.00 |
| Total Paid | | | | $2,891.72 |

Missed Payments:
- July 2025
- August 2025
- October 2025
- November 2025
- December 2025
- January 2026