**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:22-cr-433-WFJ-TGW**

**KIEANNA NICOLE GARRETT**
**________________________________/**

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that **KIEANNA NICOLE GARRETT**, Defendant above named, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on August 14, 2026. Doc 120.

DATED August 21, 2026.

**CHARLES, L. PRITCHARD, Jr.**
**FEDERAL PUBLIC DEFENDER**

***/s/ Ryan J. Maguire***
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Ryan_Maguire@fd.org

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2026, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Merrilyn Hoenemeyer

***/s/ Ryan J. Maguire***
Ryan J. Maguire
Assistant Federal Public Defender