APPEAL,CLOSED,SL DOC,TANGIBLE

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:22−cr−00433−WFJ−T_W−1

Case title: USA v. Garrett

Date Filed: 12/20/2022

Date Terminated: 08/15/2023

---

Assigned to: Judge William F. Jung
Referred to: Magistrate Judge T. G. Wilson

**Defendant (1)**

**Kieanna Nicole Garrett**
*TERMINATED: 08/15/2023*

represented by

**Ryan J. Maguire**
Federal Defender Office, MDFL
400 N. Tampa Street
Suite 2700
Tampa, FL 33602
813−228−2715
Fax: 813−228−2075
Email: ryan_maguire@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Douglas Jordan Stamm**
Federal Public Defender − Middle District of Florida
400 N. Tampa St.
Suite 2700
Tampa, FL 33602
813−228−2715
Email: douglas_stamm@fd.org
*TERMINATED: 12/30/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Howard James Williams**
Federal Defender Office
400 N Tampa Street
Suite 2700
Tampa, FL 33602
813−228−2175
Email: howard_williams@fd.org
*ATTORNEY TO BE NOTICED*

*Designation: Public Defender or Community Defender Appointment*

**Samuel Landes FPD**
Federal Public Defender's Office
400 N Tampa St Ste 2700
Tampa, FL 33602−4726
813−228−2715
Fax: 813−228−2562
Email: Samuel_Landes@fd.org
*TERMINATED: 01/24/2024*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (1−2) | Dismissed on the motion by the United States. |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | Imprisonment: 60 days. Supervised Release: 3 years. Fine is waived. Restitution: $45,955.25 (See Criminal Monetary Penalties section of the Judgment for details). Special Assessment: $100.00. This obligation is to be paid immediately. JUDGMENT OF REVOCATION (8/12/2026 − WFJ): Imprisonment: 6 Months; New Term of Supervised Release: 30 Months. Restitution: $45,955.25. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Merrilyn Elise Hoenemeyer**
DOJ−USAO

Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
813−274−6000
Email: merrilyn.hoenemeyer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James A. Muench**
US Attorney's Office − FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602−4798
813/274−6000
Email: james.muench2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jennifer Lynn Peresie**
US Attorney's Office − FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602−4798
813−274−6000
Fax: 813−274−6178
Email: jennifer.peresie@usdoj.gov
*TERMINATED: 11/19/2025*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2022 | 1 | INDICTMENT returned in open court as to Kieanna Nicole Garrett (1) count(s) 1−2. (Attachments: # 1 Restricted Unredacted Indictment) (JNB) (Entered: 12/21/2022) |
| 12/21/2022 | 4 | NOTICE OF ATTORNEY APPEARANCE James A. Muench appearing for USA. (Muench, James) (Entered: 12/21/2022) |
| 12/27/2022 | | Arrest of Kieanna Nicole Garrett on 12/27/2022. (ABC) (Entered: 12/27/2022) |
| 12/27/2022 | 5 | ***CJA 23 Financial Affidavit by Kieanna Nicole Garrett. (ABC) (Entered: 12/27/2022) |
| 12/27/2022 | 6 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kieanna Nicole Garrett. Signed by Magistrate Judge Thomas G. Wilson on 12/27/2022. (Wilson, Thomas)** (Entered: 12/27/2022) |
| 12/27/2022 | 8 | **ORAL ORDER as to Kieanna Nicole Garrett: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence,** |

| | | |
|---|---|---|
| | | **adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Thomas G. Wilson on 12/27/2022. (ABC)** (Entered: 12/27/2022) |
| 12/27/2022 | 9 | ORAL MOTION to Appoint Counsel by Kieanna Nicole Garrett. (ABC) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 12/27/2022) |
| 12/27/2022 | 10 | ORAL MOTION for Bond by USA as to Kieanna Nicole Garrett. (ABC) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 12/27/2022) |
| 12/27/2022 | 11 | ORAL MOTION for Discovery by Kieanna Nicole Garrett. (ABC) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 12/27/2022) |
| 12/27/2022 | 12 | ORAL MOTION for Reciprocal Discovery by USA as to Kieanna Nicole Garrett. (ABC) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 12/27/2022) |
| 12/27/2022 | 13 | Minute Entry for In Person proceedings held before Magistrate Judge Thomas G. Wilson: granting 9 Motion to Appoint Counsel. Douglas Jordan Stamm for Kieanna Nicole Garrett appointed as to Kieanna Nicole Garrett (1); granting 10 Motion for Bond as to Kieanna Nicole Garrett (1); granting 11 Motion for Discovery as to Kieanna Nicole Garrett (1); granting 12 Motion for Reciprocal Discovery by USA as to Kieanna Nicole Garrett (1); Initial Appearance as to Kieanna Nicole Garrett held on 12/27/2022; ARRAIGNMENT as to Kieanna Nicole Garrett (1) Count 1−2, held on 12/27/2022 Defendant(s) pled not guilty; Bond Hearing as to Kieanna Nicole Garrett held on 12/27/2022. (DIGITAL) (ABC) (Entered: 12/27/2022) |
| 12/27/2022 | 14 | **ORDER Setting Conditions of Release. Signed by Magistrate Judge Thomas G. Wilson on 12/27/2022. (ABC)** (Entered: 12/27/2022) |
| 12/27/2022 | 15 | **Unsecured BOND entered as to Kieanna Nicole Garrett in amount of $5,000.00. Signed by Magistrate Judge Thomas G. Wilson on 12/27/2022. (ABC)** (Entered: 12/27/2022) |
| 12/27/2022 | 16 | **PRETRIAL discovery order and notice as to Kieanna Nicole Garrett Jury Trial set for Trial Term commencing 2/6/2023 at 09:00 AM in Tampa Courtroom 10 B before Judge Susan C. Bucklew. Status Conference set for 1/18/2023 at 09:00 AM via Zoom Video Conference before Judge Susan C. Bucklew. Signed by Magistrate Judge Thomas G. Wilson on 12/27/2022. (ABC)** (Entered: 12/27/2022) |
| 12/30/2022 | 17 | NOTICE OF ATTORNEY APPEARANCE: Howard James Williams appearing for Kieanna Nicole Garrett *and Substitution of Counsel* (Williams, Howard) (Entered: 12/30/2022) |
| 12/30/2022 | 18 | Arrest Warrant Returned Executed on 12/27/2022 as to Kieanna Nicole Garrett. (AM) (Entered: 01/03/2023) |
| 12/30/2022 | 19 | **ORDER Setting Conditions of Release as to Kieanna Nicole Garrett (1) Unsecured $5,000. Signed by Magistrate Judge Thomas G. Wilson on 12/27/2022. (AM)** (Entered: 01/03/2023) |
| 12/30/2022 | 20 | Appearance Unsecured BOND entered as to Kieanna Nicole Garrett in amount of $ 5,000. (AM) (Entered: 01/03/2023) |
| 01/18/2023 | 21 | Minute Entry for Virtual proceedings held before Judge Susan C. Bucklew: STATUS Conference as to Kieanna Nicole Garrett held on 1/18/2023. Court Reporter: Koretta |

| | | |
|---|---|---|
| | | Stanford (SRC) (Entered: 01/18/2023) |
| 01/18/2023 | 22 | ORAL MOTION to continue trial by Kieanna Nicole Garrett. (SRC) (Entered: 01/18/2023) |
| 01/18/2023 | 23 | **ORAL ORDER granting 22 Oral Motion to Continue Trial as to Kieanna Nicole Garrett (1). For the reasons articulated on the record at the status conference, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial; and the period of delay resulting from this continuance shall be excludable. Jury Trial set for the April 2023 term commencing 4/3/2023 at 09:00 AM in Tampa Courtroom 10 B before Judge Susan C. Bucklew. Status Conference set for 3/15/2023 at 09:00 AM by Zoom Video Conference before Judge Susan C. Bucklew. The Clerk will send an invitation to the Zoom status conference via email. Entered by Judge Susan C. Bucklew on 1/18/2023. (SRC)** (Entered: 01/18/2023) |
| 03/15/2023 | 24 | Minute Entry for Virtual proceedings held before Judge Susan C. Bucklew: STATUS Conference as to Kieanna Nicole Garrett held on 3/15/2023. Court Reporter: Sharon A. Miller (CAB) (Entered: 03/15/2023) |
| 03/15/2023 | 25 | ORAL MOTION to Continue Trial by Kieanna Nicole Garrett. (CAB) (Entered: 03/15/2023) |
| 03/15/2023 | 26 | **ORAL ORDER granting 25 Oral Motion to Continue Trial as to Kieanna Nicole Garrett (1). For the reasons articulated on the record at the status conference, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial; and the period of delay resulting from this continuance shall be excludable. Jury Trial is set for the MAY 2023 TRIAL TERM commencing 5/1/2023 at 09:00 AM in Tampa Courtroom 10 B before Judge Susan C. Bucklew. Status Conference set for 4/19/2023 at 09:00 AM in Zoom Video Conference before Judge Susan C. Bucklew. The Clerk will send counsel an invitation to the Zoom Status Conference via email. Signed by Judge Susan C. Bucklew on 3/15/2023. (CAB)** (Entered: 03/15/2023) |
| 04/19/2023 | 27 | Minute Entry for Virtual proceedings held before Judge Susan C. Bucklew: STATUS Conference as to Kieanna Nicole Garrett held on 4/19/2023. Court Reporter: Rebecca Sabo (LV) (Entered: 04/19/2023) |
| 04/19/2023 | 28 | ORAL MOTION to Continue trial and status conference by Kieanna Nicole Garrett. (LV) (Entered: 04/19/2023) |
| 04/19/2023 | 29 | **ORAL ORDER granting 28 Motion to Continue as to Kieanna Nicole Garrett (1). For the reasons articulated on the record at the status conference, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial; and the period of delay resulting from this continuance shall be excludable. Jury Trial set for 6/5/2023 at 09:00 AM in Tampa Courtroom 10 B before Judge Susan C. Bucklew. Status Conference set for 5/17/2023 at 09:00 AM VIA ZOOM before Judge Susan C. Bucklew. The Clerk will send counsel an invitation to the Zoom Status Conference via email. Signed by Judge Susan C. Bucklew on 4/19/2023. (LV)** (Entered: 04/19/2023) |
| 05/17/2023 | 30 | |

| | | |
|---|---|---|
| | | Minute Entry for Virtual proceedings held before Judge Susan C. Bucklew: STATUS Conference as to Kieanna Nicole Garrett held on 5/17/2023. Court Reporter: Susan Cayler (SRC) Modified on 5/17/2023. (SRC) (Entered: 05/17/2023) |
| 05/18/2023 | 31 | **TRIAL CALENDAR FOR THE JUNE 2023 TRIAL TERM as to Kieanna Nicole Garrett. Jury Trial set for the June 2023 Trial Term commencing 6/5/2023 at 09:00 AM in Tampa Courtroom 10 B before Judge Susan C. Bucklew. Signed by Judge Susan C. Bucklew on 5/18/2023. (Attachments: # 1 NOTICE REGARDING PRE−MARKING EXHIBITS).(CAB)** (Entered: 05/18/2023) |
| 05/18/2023 | 33 | SUPERSEDING INFORMATION as to Kieanna Nicole Garrett (1) count(s) 1s. (CTR) (Entered: 05/23/2023) |
| 05/18/2023 | 35 | WAIVER OF INDICTMENT by Kieanna Nicole Garrett (CTR) (Entered: 05/23/2023) |
| 05/22/2023 | 32 | NOTICE OF HEARING as to Kieanna Nicole Garrett: Change of Plea Hearing set for 5/31/2023 at 02:30 PM in Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson. (ABC) (Entered: 05/22/2023) |
| 05/25/2023 | 36 | PLEA AGREEMENT re: count(s) One of the Superseding Information as to Kieanna Nicole Garrett (Peresie, Jennifer) (Entered: 05/25/2023) |
| 05/31/2023 | 37 | Minute Entry for In Person proceedings held before Magistrate Judge Thomas G. Wilson: Change of Plea Hearing as to Kieanna Nicole Garrett held on 5/31/2023. (DIGITAL) (KMN) (Entered: 05/31/2023) |
| 05/31/2023 | 38 | CONSENT regarding entry of a plea of guilty as to Kieanna Nicole Garrett (KMN) (Entered: 05/31/2023) |
| 05/31/2023 | 39 | CONSENT to institute presentence investigation report as to Kieanna Nicole Garrett. (KMN) (Entered: 05/31/2023) |
| 05/31/2023 | 40 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: count One of the Superseding Information as to Kieanna Nicole Garrett. Signed by Magistrate Judge Thomas G. Wilson on 5/31/2023. (KMN)** (Entered: 05/31/2023) |
| 05/31/2023 | 42 | **ORDER Granting 35 Waiver of Indictment filed by Kieanna Nicole Garrett Signed by Magistrate Judge Thomas G. Wilson on 5/31/2023. (KMN)** (Entered: 05/31/2023) |
| 06/15/2023 | 43 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Count One of the Superseding Information as to Kieanna Nicole Garrett. Signed by Judge Susan C. Bucklew on 6/15/2023. (Sentencing set for 8/14/2023 at 10:30 AM in Tampa Courtroom 10 B before Judge Susan C. Bucklew.) (CAB) (Entered: 06/15/2023) |
| 06/16/2023 | 44 | MOTION for Forfeiture of an Order of Forfeiture by USA as to Kieanna Nicole Garrett. (Muench, James) (Entered: 06/16/2023) |
| 06/16/2023 | 45 | **ORDER OF FORFEITURE granting 44 Motion for Forfeiture as to Kieanna Nicole Garrett (1). Signed by Judge Susan C. Bucklew on 6/16/2023. (SLB)** (Entered: 06/16/2023) |
| 06/30/2023 | 46 | Unopposed MOTION to Continue Sentencing *and Supporting Memorandum of Law* by Kieanna Nicole Garrett. (Williams, Howard) (Entered: 06/30/2023) |

| | | |
|---|---|---|
| 06/30/2023 | 47 | **ENDORSED ORDER granting 46 Defendant's Unopposed Joint Motion to Continue Sentencing as to Kieanna Nicole Garrett (1). The hearing will be rescheduled by separate notice. Signed by Judge Susan C. Bucklew on 6/30/2023. (CAB)** (Entered: 06/30/2023) |
| 06/30/2023 | 48 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Sentencing hearing previously scheduled for 8/14/2023 at 10:30 AM is rescheduled as to Kieanna Nicole Garrett. New hearing time: Sentencing set for 8/14/2023 at 01:00 PM in Tampa Courtroom 10 B before Judge Susan C. Bucklew. (CAB) (Entered: 06/30/2023) |
| 08/14/2023 | 55 | Minute Entry for In Person proceedings held before Judge Susan C. Bucklew: SENTENCING held on 8/14/2023 for Kieanna Nicole Garrett (1), Count(s) 1−2, Dismissed on the motion by the United States. Count(s) 1s, Imprisonment: 60 days. Supervised Release: 3 years. Fine is waived. Restitution: $45,955.25 (See Criminal Monetary Penalties section of the Judgment for details). Special Assessment: $100.00. This obligation is to be paid immediately. Court Reporter: Tana Hess (BGS) (Entered: 08/14/2023) |
| 08/14/2023 | 56 | Oral Motion for Downward Variance by Kieanna Nicole Garrett. (BGS) (Entered: 08/14/2023) |
| 08/14/2023 | 57 | **ORAL ORDER granting 56 Oral Motion for Downward Variance as to Kieanna Nicole Garrett (1). Signed by Judge Susan C. Bucklew on 8/14/2023. (BGS)** (Entered: 08/14/2023) |
| 08/14/2023 | 58 | Oral Motion to Self−Surrender by Kieanna Nicole Garrett. (BGS) (Entered: 08/14/2023) |
| 08/14/2023 | 59 | **ORAL ORDER granting 58 Motion Oral Motion to Self−Surrender as to Kieanna Nicole Garrett (1). Defendant shall report immediately to the U.S. Marshal Service for processing and further instructions. Signed by Judge Susan C. Bucklew on 8/14/2023. (BGS)** (Entered: 08/14/2023) |
| 08/14/2023 | 60 | **JUDGMENT as to Kieanna Nicole Garrett (1), Count(s) 1−2, Dismissed on the motion by the United States. Count(s) 1s, Imprisonment: 60 days. Supervised Release: 3 years. Fine is waived. Restitution: $45,955.25 (See Criminal Monetary Penalties section of the Judgment for details). Special Assessment: $100.00. This obligation is to be paid immediately. Signed by Judge Susan C. Bucklew on 8/14/2023. (BGS)** (Entered: 08/14/2023) |
| 08/15/2023 | 62 | **AMENDED JUDGMENT as to Kieanna Nicole Garrett (1). This Judgment is amended to correct the term of supervised release only. Signed by Judge Susan C. Bucklew on 8/15/2023. (BGS)** (Entered: 08/15/2023) |
| 01/11/2024 | 65 | Case as to Kieanna Nicole Garrett Reassigned to Judge William F. Jung. New case number: 8:22−cr−00433−WFJ−TGW. Judge Susan C. Bucklew no longer assigned to the case. (SAO) (Entered: 01/11/2024) |
| 01/18/2024 | | Arrest of Kieanna Nicole Garrett on 1/18/2024 (CDR) (Entered: 01/18/2024) |
| 01/18/2024 | 68 | ORAL MOTION to Appoint Counsel by Kieanna Nicole Garrett. (CDR) (Entered: 01/18/2024) |
| 01/18/2024 | 69 | NOTICE OF HEARING as to Kieanna Nicole Garrett: Detention Hearing set for 1/22/2024 at 02:00 PM in Tampa Courtroom 12 B before Magistrate Judge Natalie |

| | | |
|---|---|---|
| | | Hirt Adams. (CDR) (Entered: 01/18/2024) |
| 01/18/2024 | 70 | ORAL MOTION to Continue Detention Hearing by Kieanna Nicole Garrett. (CDR) (Entered: 01/19/2024) |
| 01/18/2024 | 71 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: ORAL ORDER granting 68 ORAL MOTION to Appoint Counsel as to Kieanna Nicole Garrett (1); ORAL ORDER granting 70 ORAL MOTION to Continue as to Kieanna Nicole Garrett (1); INITIAL APPEARANCE re Revocation of Supervised Release as to Kieanna Nicole Garrett held on 1/18/2024. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 01/19/2024) |
| 01/22/2024 | 72 | Arrest Warrant Returned Executed on 1/17/2024 as to Kieanna Nicole Garrett. (CTR) (Entered: 01/22/2024) |
| 01/22/2024 | 73 | JOINT ORAL MOTION for Release from Custody by USA, Kieanna Nicole Garrett as to Kieanna Nicole Garrett. (CDR) (Entered: 01/22/2024) |
| 01/22/2024 | 74 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: granting 73 Motion for Release from Custody as to Kieanna Nicole Garrett (1); DETENTION HEARING as to Kieanna Nicole Garrett held on 1/22/2024. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 01/22/2024) |
| 01/24/2024 | 75 | NOTICE OF ATTORNEY APPEARANCE: Ryan J. Maguire appearing for Kieanna Nicole Garrett *and Substitution of Counsel* (Maguire, Ryan) (Entered: 01/24/2024) |
| 07/08/2024 | 76 | **REPORT AND RECOMMENDATION Concerning Supervised Release as to Kieanna Nicole Garrett Signed by Magistrate Judge Natalie Hirt Adams on 7/5/2024. (CDR)** (Entered: 07/08/2024) |
| 07/08/2024 | 77 | NOTICE OF HEARING as to Kieanna Nicole Garrett: re: 76 REPORT AND RECOMMENDATION Concerning Supervised Release as to Kieanna Nicole Garrett. Final Hearing re Revocation of Supervised Release set for 7/25/2024 at 02:00 PM in Tampa Courtroom 15 B before Judge William F. Jung. (JCG) (Entered: 07/08/2024) |
| 07/09/2024 | 78 | Unopposed MOTION to Continue final revocation hearing *and motion for protection* by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 07/09/2024) |
| 07/10/2024 | 79 | **ENDORSED ORDER granting 78 Motion to Continue as to Kieanna Nicole Garrett (1). Signed by Judge William F. Jung on 7/10/2024. (JCG)** (Entered: 07/10/2024) |
| 07/10/2024 | 80 | NOTICE OF RESCHEDULING HEARING: The Final Revocation of Supervised Release Hearing hearing previously scheduled for 7/25/2024 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for 8/27/2024 at 10:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (JCG) (Entered: 07/10/2024) |
| 08/20/2024 | 81 | Unopposed MOTION to Continue Final Revocation Hearing by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 08/20/2024) |
| 08/20/2024 | 82 | **ENDORSED ORDER granting 81 Motion to Continue as to Kieanna Nicole Garrett (1). Signed by Judge William F. Jung on 8/20/2024. (JCG)** (Entered: 08/20/2024) |
| 08/20/2024 | 83 | |

| | | |
|---|---|---|
| | | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 8/27/24 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Sentencing is set for 11/1/2024 at 10:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (JCG) (Entered: 08/20/2024) |
| 10/23/2024 | 84 | Unopposed MOTION to Continue Final Revocation Hearing by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 10/23/2024) |
| 10/23/2024 | 85 | **ENDORSED ORDER granting 84 Motion to Continue as to Kieanna Nicole Garrett (1). Signed by Judge William F. Jung on 10/23/2024. (JCG)** (Entered: 10/23/2024) |
| 10/23/2024 | 86 | NOTICE OF RESCHEDULING HEARING: The Final Revocation of Supervised Release Hearing previously scheduled for 11/1/2024 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for 2/21/2025 at 11:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (JCG) (Entered: 10/23/2024) |
| 01/16/2025 | 87 | NOTICE OF RESCHEDULING HEARING: The Final Revocation of Supervised Release Hearing hearing previously scheduled for 2/21/25 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for 2/19/2025 at 11:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (JCG) (Entered: 01/16/2025) |
| 02/11/2025 | 88 | Unopposed MOTION to Continue Final Revocation Hearing by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 02/11/2025) |
| 02/12/2025 | 89 | **ENDORSED ORDER granting 88 Motion to Continue as to Kieanna Nicole Garrett (1). Signed by Judge William F. Jung on 2/12/2025. (JCG)** (Entered: 02/12/2025) |
| 02/12/2025 | 90 | NOTICE OF RESCHEDULING HEARING: The Final Revocation of Supervised Release Hearing hearing previously scheduled for 2/19/25 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for 5/22/2025 at 10:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (JCG) (Entered: 02/12/2025) |
| 03/05/2025 | 91 | NOTICE OF RESCHEDULING HEARING: The Final Revocation of Supervised Release Hearing hearing previously scheduled for 5/22/25 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for 5/27/2025 at 10:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (JCG) (Entered: 03/05/2025) |
| 05/19/2025 | 92 | Unopposed MOTION to Continue Final Revocation Hearing by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 05/19/2025) |
| 05/20/2025 | 93 | **ENDORSED ORDER granting 92 Motion to Continue the Final Revocation hearing as to Kieanna Nicole Garrett (1). Signed by Judge William F. Jung on 5/20/2025. (JCG)** (Entered: 05/20/2025) |
| 05/20/2025 | 94 | NOTICE OF RESCHEDULING HEARING: The Final Revocation of Supervised Release Hearing hearing previously scheduled for 5/27/25 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for 9/19/2025 at 10:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (JCG) (Entered: 05/20/2025) |

| | | |
|---|---|---|
| 08/29/2025 | 95 | Unopposed MOTION to Continue Final Revocation Hearing by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 08/29/2025) |
| 09/02/2025 | 96 | **ENDORSED ORDER granting 95 Motion to Continue as to Kieanna Nicole Garrett (1). The Final Hearing re Revocation of Supervised Release will be rescheduled by separate notice. Signed by Judge William F. Jung on 9/2/2025. (GL)** (Entered: 09/02/2025) |
| 09/02/2025 | 97 | NOTICE OF RESCHEDULING HEARING: The Final Hearing re Revocation of Supervised Release previously scheduled for 9/19/2025 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for Tuesday, November 18, 2025 at 9:00 AM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 09/02/2025) |
| 11/06/2025 | 98 | Unopposed MOTION to Continue Final Revocation Hearing by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 11/06/2025) |
| 11/07/2025 | 99 | **ENDORSED ORDER granting 98 Motion to Continue as to Kieanna Nicole Garrett (1). The Final Hearing re Revocation of Supervised Release will be rescheduled by separate notice. Signed by Judge William F. Jung on 11/7/2025. (GL)** (Entered: 11/07/2025) |
| 11/07/2025 | 100 | NOTICE OF RESCHEDULING HEARING: The Final Revocation re: VOSR hearing previously scheduled for 11/18/2025 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for Friday, February 6, 2026 at 9:30 AM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 11/07/2025) |
| 11/19/2025 | 101 | Notice of substitution of AUSA. Merrilyn Elise Hoenemeyer substituting for Jennifer L. Peresie. (Hoenemeyer, Merrilyn) (Entered: 11/19/2025) |
| 01/23/2026 | 102 | Unopposed MOTION to Continue Final Revocation Hearing by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 01/23/2026) |
| 01/26/2026 | 103 | **ENDORSED ORDER granting 102 Motion to Continue as to Kieanna Nicole Garrett (1). The Final Hearing re Revocation of Supervised Release will be rescheduled by separate notice. Signed by Judge William F. Jung on 1/26/2026. (GL)** (Entered: 01/26/2026) |
| 01/26/2026 | 104 | NOTICE OF RESCHEDULING HEARING: The Final Revocation re: VOSR hearing previously scheduled for 02/06/2026 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for Friday, April 10, 2026 at 11:30 AM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 01/26/2026) |
| 04/02/2026 | 105 | Unopposed MOTION to Continue Final Revocation Hearing by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 04/02/2026) |
| 04/03/2026 | 106 | **ENDORSED ORDER granting 105 Motion to Continue as to Kieanna Nicole Garrett (1). The Final Hearing re Revocation of Supervised Release will be rescheduled by separate notice. Signed by Judge William F. Jung on 4/3/2026. (GL)** (Entered: 04/03/2026) |
| 04/03/2026 | 107 | NOTICE OF RESCHEDULING HEARING: The Final Revocation re: VOSR hearing previously scheduled for 4/10/2026 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised |

| | | |
|---|---|---|
| | | Release set for Friday, June 26, 2026 at 11:30 AM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 04/03/2026) |
| 06/16/2026 | 111 | Unopposed MOTION to Continue Final Revocation Hearing by Kieanna Nicole Garrett. (Maguire, Ryan) (Entered: 06/16/2026) |
| 06/16/2026 | 112 | **ENDORSED ORDER granting 111 Motion to Continue as to Kieanna Nicole Garrett (1). Signed by Judge William F. Jung on 6/16/2026. (Jung, William)** (Entered: 06/16/2026) |
| 06/17/2026 | 113 | NOTICE OF RESCHEDULING HEARING: The Final Revocation re: VOSR hearing previously scheduled for 06/26/2026 is rescheduled as to Kieanna Nicole Garrett. New hearing date and time: Final Hearing re Revocation of Supervised Release set for Wednesday, August 12, 2026 at 10:30 AM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 06/17/2026) |
| 08/07/2026 | 115 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Final Revocation re: VOSR hearing previously scheduled for 8/12/2026 is rescheduled as to Kieanna Nicole Garrett. New hearing time: Final Hearing re Revocation of Supervised Release set for Wednesday, August 12, 2026 at 1:00 PM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 08/07/2026) |
| 08/11/2026 | 116 | ***Counsel notified to refile using correct event*** WITNESS LIST by USA as to Kieanna Nicole Garrett (Hoenemeyer, Merrilyn) Modified text on 8/11/2026 (EGP). (Entered: 08/11/2026) |
| 08/11/2026 | 117 | WITNESS LIST by USA as to Kieanna Nicole Garrett (Hoenemeyer, Merrilyn) (Entered: 08/11/2026) |
| 08/11/2026 | 118 | EXHIBIT LIST by USA as to Kieanna Nicole Garrett (Hoenemeyer, Merrilyn) (Entered: 08/11/2026) |
| 08/12/2026 | 119 | Minute Entry for In Person proceedings held before Judge William F. Jung: FINAL SUPERVISED RELEASE REVOCATION HEARING as to Kieanna Nicole Garrett held on 8/12/2026. Imprisonment: 6 Months; New Term of Supervised Release: 30 Months. Restitution: $45,955.25. Court Reporter: Lainey Fergueson (GL) (Entered: 08/14/2026) |
| 08/14/2026 | 120 | **JUDGMENT of REVOCATION of Supervised Release as to Kieanna Nicole Garrett. Imprisonment: 6 Months; New Term of Supervised Release: 30 Months. Restitution: $45,955.25. Signed by Judge William F. Jung on 8/12/2026. (GL)** (GL). (Entered: 08/14/2026) |
| 08/14/2026 | 121 | EXHIBIT LIST and exhibits admitted by by USA during the Final Revocation Hearing held on 8/12/2026. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2A, # 3 Exhibit 2B)(GL) (Entered: 08/14/2026) |
| 08/14/2026 | 122 | EXHIBIT LIST and exhibits admitted by Kieanna Nicole Garrett during the Final Revocation Hearing held on 8/12/2026. (Note: Exhibit 2 is a video contained on a USB) (Attachments: # 1 Exhibit 1)(GL) (Entered: 08/14/2026) |
| 08/14/2026 | 123 | Tangible Item Received. 1 USB by Kieanna Nicole Garrett re 122 Exhibit List. Stored in the Clerk's Office exhibit room. (GL) (Entered: 08/14/2026) |
| 08/21/2026 | 124 | NOTICE OF APPEAL by Kieanna Nicole Garrett re 120 Judgment of Revocation. Filing fee not paid. (Maguire, Ryan) (Entered: 08/21/2026) |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA** — **Case Number: 8:22-cr-433-WFJ-TGW**

**v.** — **USM Number: 37515-510**

**KIEANNA NICOLE GARRETT** — **Ryan Maguire, AFPD**

---

## JUDGMENT IN A CRIMINAL CASE
## For Revocation of Supervised Release

The Defendant was found guilty of violation charge numbers One and Three and admitted guilt to violation charge number Two of the term of Supervised Release. For the reasons indicated at the final revocation hearing, the Court adjudicated the defendant guilty of the following violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conviction, Resist Officer without Violence, occurring on while on supervision in violation of the Mandatory conditions of supervision: (Grade C Violation) | December 20, 2023 |
| Two | Association with a person convicted of a felony in violation of Condition eight of the Standard Conditions of Supervision: (Grade C Violation) | |
| Three | Failure to make payments restitution, in violation of the special conditions of supervision: (Grade C Violation) | |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in Defendant's economic circumstances.

Date of Imposition of Sentence: August 12, 2026

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

August 12th, 2026

**Kieanna Nicole Garrett**
**8:22-cr-433-WFJ-TGW**

## IMPRISONMENT

The Defendant's current term of supervised release is revoked, and she is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **SIX (6) MONTHS**.

Defendant(s) shall surrender for service of sentence at the institution designated by the Bureau of Prisons on a specific date as directed by the Bureau of Prisons, and as notified by the United States Marshal. The Defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

## RETURN

I have executed this judgment as follows:

______________________________________________________________________

______________________________________________________________________

The defendant delivered on ____________________ to ____________________________________

at ______________________________________________, with a certified copy of this judgment.

______________________________________
UNITED STATES MARSHAL

By:___________________________________
Deputy U.S. Marshal

**Kieanna Nicole Garrett**
**8:22-cr-433-WFJ-TGW**

## SUPERVISED RELEASE

Upon release from imprisonment, the Defendant shall be on a new term of supervised release for a term of **THIRTY (30) MONTHS.**

The Defendant shall report to the probation office in the district to which the Defendant is released within 72 hours of release from custody of the Bureau of Prisons.

## MANDATORY CONDITIONS

1. The Defendant shall not commit another federal, state or local crime.
2. The Defendant shall not unlawfully possess a controlled substance.
3. The Defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. The Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.
5. The Defendant shall make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.

The Defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The Defendant shall also comply with the additional conditions on the attached page.

**Kieanna Nicole Garrett**
**8:22-cr-433-WFJ-TGW**

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, the Defendant shall comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by Probation Officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. The Defendant shall report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the Probation Officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the Probation Officer about how and when the Defendant shall report to the Probation Officer, and the Defendant shall report to the Probation Officer as instructed.
3. The Defendant shall not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the Probation Officer.
4. The Defendant shall answer truthfully the questions asked by your Probation Officer
5. The Defendant shall live at a place approved by the Probation Officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), the Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer in advance is not possible due to unanticipated circumstances, the Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
6. The Defendant shall allow the Probation Officer to visit you at any time at your home or elsewhere, and the Defendant shall permit the Probation Officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. The Defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the Probation Officer excuses you from doing so. If you do not have full-time employment the Defendant shall try to find full-time employment, unless the Probation Officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), the Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer at least 10 days in advance is not possible due to unanticipated circumstances, the Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
8. The Defendant shall not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, the Defendant shall not knowingly communicate or interact with that person without first getting the permission of the Probation Officer.
9. If you are arrested or questioned by a law enforcement officer, the Defendant shall notify the Probation Officer within **72 hours**.
10. The Defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. The Defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the Probation Officer determines that you pose a risk to another person (including an organization), the Probation Officer may require you to notify the person about the risk and the Defendant shall comply with that instruction. The Probation Officer may contact the person and confirm that you have notified the person about the risk.
13. The Defendant shall follow the instructions of the Probation Officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. Probation Officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:______________________________ Date:________________________

## SPECIAL CONDITIONS OF SUPERVISED RELEASE

1. All mandatory and special conditions of supervision previously imposed on 08/14/2023 shall carry over and remain in full force and effect.

2. You shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.

3. You shall provide the probation officer access to any requested financial information.

**Kieanna Nicole Garrett**
**8:22-cr-433-WFJ-TGW**

## CRIMINAL MONETARY PENALTIES

You shall pay restitution in the amount of $45,955.25, less any payments already made, payable to the Clerk, U.S. District Court, for distribution to the victims. Restitution shall be paid jointly and severally with co-defendants. You shall begin making payments as previously ordered by the Court per month, and this payment schedule shall continue unless the victim, the government, or the defendant, notifies the Court of a material change in the defendant's ability to pay and the Court modifies the schedule.

The Defendant must make restitution (including community restitution) to the following payees in the amount listed below. Restitution is payable to the Clerk, U.S. District Court for distribution to the victims.

If The Defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Restitution Ordered |
| --- | --- |
| Clerk, U.S. District Court<br>ATTN: DCU<br>401 W. Central Boulevard<br>Suite 1200<br>Orlando, Florida 32801<br>For distribution to the victims. | $45,955.25 |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:22-cr-433-WFJ-TGW**

**KIEANNA NICOLE GARRETT**
**________________________________/**

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **KIEANNA NICOLE GARRETT**, Defendant above named, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on August 14, 2026. Doc 120.

DATED August 21, 2026.

**CHARLES, L. PRITCHARD, Jr.**
**FEDERAL PUBLIC DEFENDER**

***/s/ Ryan J. Maguire***
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Ryan_Maguire@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2026, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Merrilyn Hoenemeyer

***/s/ Ryan J. Maguire***
Ryan J. Maguire
Assistant Federal Public Defender