**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No: 8:22-cr-433**

**KIEANNA NICOLE GARRETT**

**Defendant.**
**_____________________________/**

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent Kieanna Nicole Garrett in the above-styled cause. The Clerk is requested to enter the appearance of Katherine G. Howard, Assistant Federal Defender, as counsel for Ms. Garrett for appellate purposes only.

CHARLES L. PRITCHARD, JR.
Federal Public Defender
Middle District of Florida

*/s/ Katherine G. Howard*
Katherine G. Howard
Assistant Federal Public Defender
New York Attorney No. 5624275
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
Email: Katherine_Howard@fd.org

## CERTIFICATE OF SERVICE

I certify that on August 25, 2026, the above was filed using CM/ECF, which will send an electronic notice to the United States Attorney's Office.

*/s/ Katherine G. Howard*
Katherine G. Howard